IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA          PLAINTIFF/RESPONDENT

      v.       Civil No. 05-2028
            Crim. No. 03-20043-001

LATONYA M. WALSTON            DEFENDANT/MOVANT

## MAGISTRATE'S REPORT AND RECOMMENDATION

Latonya M. Walston filed a motion under 28 U.S.C. § 2255 on February 24, 2005 (Doc. #37). Service was ordered and a response filed on April 14, 2005 (Doc. #39). A hearing is scheduled for November 29, 2005, at 9:00 a.m., in Ft. Smith, Arkansas. On November 17, 2005, appointed counsel for Walton filed a motion (Doc. #53) requesting dismissal of this action at movant's request. We have telephonically verified that respondent has no objection to dismissal.

We recommend movant's request to dismiss be granted. **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be timely and specific to trigger *de novo* review by the district court.**

DATED this 21st day of November 2005.

                                                 /s/Beverly Stites Jones
                                                 HON. BEVERLY STITES JONES
                                                 UNITED STATES MAGISTRATE JUDGE