IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.               Civil No. 05-2028
                 Crim. No. 03-20043-001

LATONYA M. WALSTON                                DEFENDANT/MOVANT

## **ORDER**

Now on this 22nd day of December 2005, there comes on for consideration the report and recommendation filed herein on December 2, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 54). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant/Movant's Motion to Dismiss Rule 2255 (Doc. 53) is GRANTED.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge