AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Latonya M. Walston ) | Case No: 2:03CR20043-001 |
| ) | USM No: 06588-010 |
| Date of Previous Judgment: February 23, 2004 ) | pro se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __25__          Amended Offense Level: __23__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __110__ to __137__ months   Amended Guideline Range: __92__ to __115__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __02/23/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 14, 2008__

Effective Date: _____
(if different from order date)

Judge's signature

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

MAR 1 4 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK